UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| PAMELA BOYETTE, an individual; GUY MARK, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>RALPHS GROCERY COMPANY dba FOOD 4 LESS and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>　　　　　　　　Defendants. | Case No. 2:12-cv-00263-LRH-VCF<br><br>ORDER REGARDING<br>EARLY NEUTRAL EVALUATION |

　　　WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any time, set any appropriate civil case for settlement conference or any other alternative method of dispute resolution, and

　　　WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to Local Rule 16-6 have proven to be an effective method of dispute resolution, and

　　　WHEREAS, recalled Magistrate Judge Robert A. McQuaid, Jr., has over fifteen years experience in presiding over Early Neutral Evaluations and settlement conferences in civil actions in Federal and State court, and is available to conduct Early Neutral Evaluations in cases other than those in which such Evaluations are required, and

　　　WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral Evaluation, and GOOD CAUSE APPEARING,

　　　IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by Magistrate Judge McQuaid within ninety (90) days from the entry of this order. The parties shall

comply with the procedural requirements of Local Rule 16-6.  All evaluation statements shall be delivered to Magistrate Judge McQuaid in care of the Clerk's Office at the Bruce R. Thompson U.S. Courthouse, 400 S. Virginia Street, Reno, Nevada, 89501.

The appropriate Courtroom Deputy will contact the parties within ten (10) days to schedule the Early Neutral Evaluation in this action.  Las Vegas cases will be scheduled in the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard, Las Vegas, Nevada 89101.

IT IS SO ORDERED.

DATED this 23rd day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2