# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PAMELA BOYETTE, et al., | |
| Plaintiff, | 2:12-cv-00263-MMD-VCF |
| vs. | **MINUTE ORDER** |
| RALPHS GROCERY COMPANY, | |
| Defendant. | |

Before the Court is *Pamela Boyette, et al., v. Ralphs Grocery Company*, case no. 2:12-cv-00263-MMD-VCF.

The Court has been informed that the parties have reached a settlement. (#24).

IT IS HEREBY ORDERED that the settlement conference scheduled for February 20, 2013 is VACATED.

IT IS FURTHER ORDERED that the Stipulation for Dismissal must be filed on or before February 28, 2013.

DATED this 29th day of January, 2013.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE